*efiled 4/4/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG VIDEO ENTERTAINMENT

*Plaintiff,*

v.

YESASIA.COM, LTD., a business entity form unknown; AND DOES 1-200 INCLUSIVE,

*Defendants.*

Case No. C-06-7182-JF

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**

Defendant YesAsia.com Ltd. ("Defendant") and Plaintiff U2 Home Entertainment, Inc. ("Plaintiff") (collectively referred to as the "Parties"), stipulate as follows:

1. The Complaint was filed on November 2, 2006.

2. On December 5, 2006, Plaintiff mailed its Summons and Complaint and Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant in Hong Kong. Because Defendant YesAsia.com is outside the United States, Defendant had at least ninety days, or until March 4, 2007, to respond to Plaintiff's Complaint.

3. On March 7, 2007, this Court granted the Plaintiff's ex parte application to extend time to respond to the Complaint. Plaintiff's response is now due on April 4, 2007.

4. The parties have been working on settlement and on March 29, 2007, the Parties arrived at various economic and other terms subject to completion and execution of the agreed upon settlement documentation.

5. In order to avoid needless time and expense spent on drafting a responsive pleading, the Parties stipulate through their respective counsel and request the Court to Order that the Defendant has until April 11, 2007 to respond to the Plaintiff's Complaint

6. This requested extension should have no effect on the schedule for this case

7. Further the parties request a continuance of the Case Management Conference from April 6, 2007 to April 13, 2007 at 9:00 a m

WE SO STIPULATE.

Dated: 3/30/07

VERNON LAW FIRM

Irving Rappaport
for Defendant YESASIA COM, LTD

Dated: 3/30/07

IDELL & SEITEL, LLP

Richard J Idell
for Plaintiff U2 HOME ENTERTAINMENT

**Order**

The parties having stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that such Stipulation be, and is, approved and the Defendant shall respond to the Complaint on April 11, 2007. Further, the Case Management Conference is continued from April 6, 2007 to April ~~13~~ 20, 2007 at ~~9:00~~ 10:30 a.m.

Dated: April 3, 2007

The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE