**E-filed 4/17/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG VIDEO ENTERTAINMENT<br><br>Plaintiff,<br><br>v.<br><br>YESASIA.COM, LTD., a business entity form unknown; AND DOES 1-200 INCLUSIVE,<br><br>Defendants. | Case No.: C 06-07182 JF<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE |

Defendant YesAsia.com Ltd erroneously sued as YesAsia.com, Ltd. ("Defendant") and Plaintiff U2 Home Entertainment, Inc. ("Plaintiff") (collectively referred to as the "Parties"), stipulate as follows:

1. The Complaint was filed on November 2, 2006.

2. Plaintiff served the Summons and Complaint by mail on December 5, 2006. Because YesAsia.com is in Hong Kong, Defendant had at least 90 days, until March 4, 2007, to respond to the Summons and Complaint.

3. On March 7, 2007, this Court granted Defendant's ex parte application to extend time to respond to April 4, 2007.

1      4.    Based on the Parties' progress toward settlement, the Parties previously stipulated through their respective counsel and the Court ordered that the time to respond would be further extended to April 11, 2007.

    5.    As the same time, the Parties requested a commensurate Case Management Conference continuance to April 13 and the Court ordered that the Case Management Conference would be continued from April 6 to April 20, 2007, at 10:30 a.m.

    6.    The Parties have continued to work diligently to complete disposition of this case by settlement and agree to continue to concentrate on settlement.

    7.    Accordingly the Parties stipulate through their respective counsel and request the Court to Order that Defendant's time to respond to Plaintiff's complaint be extended to April 18, 2007, and that the Case Management Conference be extended to commensurate time to April 27, 2007, at 10:30 a.m.

    8.    The requested extension and continuance should expedite further informal attempts at disposition of the entire case.

WE SO STIPULATE.

Dated: 4-13-07

VERNON LAW FIRM

By: ~~Irving Rappaport~~ Stephen M. Vernon
for Defendant, YESASIA.COM, LTD

Dated: 4-12-07

IDELL & SEITEL, LLP

By: _____
Richard J. Idell
for Plaintiff, U2 HOME ENTERTAINMENT

///

## Order

The parties having stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that such Stipulation be, and is, approved and that the time for Defendant to respond to the Complaint is extended to April 18, 2007, and that the Case Management Conference is continued to April 27, 2007, at 10:30 a.m.

Dated: 4/17/07

The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

Stipulation and Order

3