\*\*E-filed 4/23/07\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG VIDEO ENTERTAINMENT<br><br>Plaintiff,<br><br>v.<br><br>YESASIA.COM, LTD., a business entity form unknown; AND DOES 1-200 INCLUSIVE,<br><br>Defendants. | Case No. C-06-7182-JF<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE |

Defendant YesAsia.com Ltd erroneously sued as YesAsia.com, Ltd. ("Defendant") and Plaintiff U2 Home Entertainment, Inc. ("Plaintiff") (collectively referred to as the "Parties"), stipulate as follows:

1. The Complaint was filed on November 2, 2006.

2. Plaintiff served the Summons and Complaint by mail on December 5, 2006. Because YesAsia.com is in Hong Kong, Defendant had at least 90 days, until March 4, 2007, to respond to the Summons and Complaint.

3. On March 7, 2007, the Court granted Defendant's ex parte application to extend time to respond to April 4, 2007.

1  4.  Based on the Parties' settlement, the Parties previously stipulated through their
2  respective counsel and the Court ordered that the time to respond would be further extended
3  to April 11, 2007.

4  5.  At the same time, the Parties requested a commensurate Case Management
5  Conference continuance to April 13 and the Court ordered that the Case Management
6  Conference would be continued from April 6 to April 20, 2007, at 10:30 a.m.

7  6.  Although the Parties continued to work cooperatively, they requested another
8  extension to time for the Defendant to respond to the Plaintiff's Complaint and a
9  commensurate extension of time for the Case Management Conference. Thus, they stipulated
10 and the Court ordered that the Defendant must respond to the Complaint by April 18, 2007 and
11 the Case Management Conference was extended until April 27, 2007.

12 7.  The Parties have continued to work diligently to complete disposition of this case
13 by settlement and agree to continue to concentrate on settlement. However, the task is not yet
14 completed.

15 8.  Accordingly the Parties stipulate through their respective counsel and request the
16 Court to Order that Defendant's time to respond to Plaintiff's complaint be extended to April
17 25, 2007, and that the Case Management Conference be extended a commensurate time to May
18 4, 2007, at 10:30 a.m.

19 9.  The requested extension and continuance should expedite informal disposition
20 of the entire case.

21 WE SO STIPULATE.

22
23 Dated: 4/18/2007                                    _____
                                                       for Defendant
24
25
26 Dated: 4/18/07                                      _____
                                                       for Plaintiff
27
28 //

## Order

The parties having stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that such Stipulation be, and is, approved and that the time for Defendant to respond to the Complaint is extended to April 25, 2007, and that the Case Management Conference is continued to May 4, 2007, at 10:30 a.m.

Dated: 4/20/07

The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE